**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN F. TAMBURO, <br> D/B/A MAN'S BEST FRIEND SOFTWARE, <br> <br> Plaintiff, <br> <br> v. <br> <br> STEVEN DWORKIN, KRISTEN HENRY, <br> ROXANNE HAYES, KAREN MILLS, <br> WILD SYSTEMS PTY. LTD., an AUSTRALIAN <br> CORPORATION, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MOTION TO WITHDRAW <br> FROM REPRESENTATION <br> <br> <br> <br> Case No. 04 C 3317 <br> <br> <br> Hon. Joan B. Gottschall |

**MOTION TO WITHDRAW FROM REPRESENTATION OF STEVEN DWORKIN, KRISTEN HENRY, ROXANNE HAYES, KAREN MILLS, WILD SYSTEMS PTY. LTD., an AUSTRALIAN CORPORATION.**

NOW COMES Daliah Saper, and files this Motion to Withdraw From Representation of Defendants in all matters before the Court, particularly the above captioned matter. Attorney Daliah Saper is no longer an attorney with the Law Offices of Charles Lee Mudd, Jr. Attorneys Charles Lee Mudd, Jr. and Heidi I Schmid of the Law Offices of Charles Lee Mudd, Jr. continue to represent Defendants Steven Dworkin, Kristen Henry, Roxanne Hayes, Karen Mills, and Wild Systems Pty. Ltd., an Australian Corporation, and have no objection to Attorney Daliah Saper withdrawing from this matter. Furthermore, Plaintiff's counsel has no objection to Attorney Daliah Saper withdrawing from this matter. For these reasons, Attorney Daliah Saper respectfully submits that this Court should grant this motion and allow her to withdraw her appearance and any and all representation of Defendants.

        Respectfully submitted,

Dated: January 16, 2007

        By     _____/Daliah Saper/_____
             Daliah Saper
             Saper Law Offices
             188 West Randolph, Suite 1705
             Chicago, IL  60601
             312.404.0066
             dsaper@saperlaw.com
             ARDC: 6283932