**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

John F Tamburo, et al.
                        Plaintiff,

v.                                          Case No.: 1:04–cv–03317
                                                   Hon. Joan B. Gottschall

Steven Dworkin, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 3, 2007:

       MINUTE entry before Judge Nan R. Nolan : Status hearing held regarding pending discovery motions. Remaining portions of Plaintiff's Motion to Compel [232] are withdrawn without prejudice. Defendants' Motion for Leave to File Excess Pages [240] is granted. Defendants' Motion to Quash [238] shall be briefed as follows: Plaintiff's response due 04/17/07; Defendants' reply due 05/01/07. The briefing schedule provided in open court regarding Yahoo!'s remaining two arguments in opposition to the subpoenas is amended as follows: Yahoo!'s Motion for Protective Order and supporting memorandum are due 04/27/07; Plaintiff's response due 05/11/07; Yahoo!'s reply due 5/18/07; ruling set for 5/29/07.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.